### Figure 26. Cocaine Movement to Mexico, Central America, and the Caribbean, Calendar Year 2019



Source: U.S. Government database of known and suspected drug seizure and movement events. Date accessed: June 9, 2020. Information cutoff date: December 31, 2019.

UNCLASSIFIED

35