LT Paul Puddington Statement Regarding USS WICHITA and Coast Guard Law Enforcement Detachment 402 01 May 2021 Interdiction 69 NM south of Santo Domingo, Dominican Republic

   I was the District 7 Enforcement duty officer (D7 Duty DRE) for the week of 7-14 May 2021. In the course of this duty week, D7 received disposition for the above-mentioned case and coordinated transfer of the detainees and evidence to Southern District of Florida (SDFL) case agents in San Juan, Puerto Rico.

   D7 received the disposition decision of SDFL on Friday afternoon, 07 May 2021. At the time, the detainees and evidence were located aboard USCGC JOSEPH TEZANOS in International Waters in vicinity of the Mona Passage. We immediately began looking at options to transfer the detainees and evidence to the appropriate case agents as soon as possible. D7 worked with our partners at SDFL and learned that SDFL case agents would fly to Puerto Rico and be available to receive the detainees and evidence in San Juan, PR on Wednesday, 12 May 2021. D7 did not have any available cutters transiting from Puerto Rico to the Southeastern U.S. during that time period to effect an earlier transfer to SDFL case agents. Additionally, during the time period of 08-12 May, there was only one cutter available to patrol in the Mona Passage at a time. As such, using that cutter to transport the case to Florida would have left a significant law enforcement / search and rescue (LE/SAR) readiness gap in the Mona Passage.

   On Saturday, 08 May, USCGC JOSPEH TEZANOS transferred the case to USCGC WINSLOW GRIESSER in International Waters. This transfer occurred because USCGC JOSEPH TEZANOS was in need of a port call for logistics, thus USCGC WINSLOW GRIESSER was tasked with relieving them of LE/SAR coverage in the Mona Passage. On the morning of 09 May, USCGC WINSLOW GRIESSER was diverted to a LE/SAR case 03 NM west of Rincon, Puerto Rico, with a confirmed report of a suspected migrant venture and persons in the water. The cutter subsequently located and safely embarked all 14 persons. Following this case, USCGC WINSLOW GRIESSER remained within, or in vicinity, of U.S. Territorial Seas near Rincon, Puerto Rico due to:
1) Poor off-shore connectivity and the need to expeditiously facilitate USCIS Protection Screening Officer interviews with some of the migrants via cell phone.
2) Offshore weather reported as 15-20 kt winds and 3-6 ft seas coming from the east, presenting poor offshore environmental conditions for the migrants and detainees on deck.
3) The need to facilitate transfer of one migrant to interagency partners ashore in Mayaguez on the morning of 10May.

   USCGC WINSLOW GRIESSER continued to patrol in the Mona Passage until Tuesday, 11 May 2021, at which time the case was transferred USCGC CHARLES DAVID JR in International Waters as they were transiting to San Juan, Puerto Rico for a logistics port call. USCGC CHARLES DAVID JR pulled into San Juan on 12 May and transferred the detainees and evidence to SDFL case agents.

   This was the most expeditious means available to transfer the detainees and case to SDFL case agents. Waiting for the next cutter to be headed towards the U.S., or pulling the cutters out of their patrol areas for several days, to facilitate transport would have had significant mission impacts and resulted in the detainees being transferred to SDFL case agents later than they were.

This statement is full and true to the best of my knowledge.

LT Paul D. Puddington
USCG District 7, Enforcement Branch
*[signature]* LT